USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA and the
STATES OF NEW YORK, CONNECTICUT
and MASSACHUSETTS *ex rel.* ZACHARY
WOLFSON,

        Plaintiffs,

    vs.

PARK AVENUE MEDICAL ASSOCIATES,
PARK AVENUE MEDICAL ASSOCIATES
P.C., PARK AVENUE MEDICAL
ASSOCIATES PLLC, PARK AVENUE
HEALTH CARE MANAGEMENT, LLC,
PARK AVENUE HEALTH CARE
MANAGEMENT, INC., BRAD
MARKOWITZ, MITCHEL KAPLAN,
DANIEL SUSSMAN and ANTONY
MENDOLA,

        Defendants.
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PARK AVENUE MEDICAL ASSOCIATES,
PARK AVENUE MEDICAL ASSOCIATES
P.C., PARK AVENUE MEDICAL
ASSOCIATES PLLC, PARK AVENUE
HEALTH CARE MANAGEMENT, LLC,
PARK AVENUE HEALTH CARE
MANAGEMENT, INC.,

        Defendants.
-----------------------------------------------------------X

ECF CASE

11 Civ. 5107 (CM)

**ORDER**

WHEREAS, the United States of America (the "Government") has intervened in this action as against defendants Park Avenue Medical Associates, Park Avenue Medical Associates, P.C., Park Avenue Medical Associates PLLC, Park Avenue Health Care Management, LLC, and Park Avenue Health Care Management, Inc. (collectively, "Defendants"), and declined to intervene as against the remaining defendants named in the complaint of the relator ("Relator's Complaint"), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4); and

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action hereafter.

2. All documents filed before February 25, 2013, in the Court's file in this action shall remain under seal and not be made public, except for the Relator's Complaint and Amended Complaint.

Dated: New York, New York
February 25, 2013

_____
UNITED STATES DISTRICT JUDGE