UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF NEW YORK, CONNECTICUT and MASSACHUSETTS *ex rel*. ZACHARY WOLFSON, | : : Civil Action No. 11 Civ. 5107 (CM) : : : |
| Plaintiffs, | : |
| vs. | : : |
| PARK AVENUE MEDICAL ASSOCIATES, PARK AVENUE MEDICAL ASSOCIATES P.C., PARK AVENUE MEDICAL ASSOCIATES PLLC, PARK AVENUE HEALTH CARE MANAGEMENT, LLC, PARK AVENUE HEALTH CARE MANAGEMENT, INC., BRAD MARKOWITZ, MITCHEL KAPLAN, DANIEL SUSSMAN and ANTONY MENDOLA, | : : : : : : : : : : |
| Defendants. | : |

**CERTIFICATION**

**EDWARD A. PALTZIK, ESQ**., of lawful age, upon his oath certifies and says:

I hereby certify that I mailed the original letter "Request for Waiver of Service of Summons" as to Defendants Park Avenue Medical Associates, P.C., Park Avenue Health Care Management, LLC, Park Avenue Health Care Management, Inc., Brad Markowitz, Antony Mendola, Daniel Sussman and Mitchel Kaplan, together with seven copies of the Complaint (one for each aforementioned Defendant), seven copies of the Amended Complaint (one for each aforementioned Defendant), two copies of the "Waiver of Service of Summons" Form for each of the seven aforementioned Defendants (fourteen total Waiver Forms), together with prepaid means for Defendants' counsel to return said Waiver Forms, to the following by certified mail, return receipt requested, on March 27, 2013:

>Robert DelGiorno, Esq.
>Garfunkel Wild, P.C.
>Attorneys for Defendants Park Avenue Medical Associates, P.C., Park Avenue Health Care Management, LLC, Park Avenue Health Care Management, Inc., Brad Markowitz, Antony Mendola, Daniel Sussman and Mitchel Kaplan
>111 Great Neck Road, 6th Floor
>Great Neck, NY 11021

I further certify that the "Request for Waiver of Service of Summons" and seven "Waiver of Service of Summons" Forms, one for each aforementioned Defendant and each signed by Robert DelGiorno, Esq., were electronically filed on April 8, 2013 with the Clerk of the United States District Court for the Southern District of New York, New York, New York.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  April 8, 2013

>/s/ *Edward A. Paltzik*
>Edward A. Paltzik (ep 7807)
>Joshpe Law Group LLP
>Attorneys for Plaintiff/Relator
>Zachary Wolfson
>1040 Avenue of the Americas, Suite 1101
>New York, New York 10018
>Tel: (646) 820-6701
>Fax: (212) 313-9478
>E-Mail: epaltzik@joshpelaw.com